```
 1  LAW OFFICES OF JULIE M. MCCOY
    JULIE M. MCCOY, Bar no. 129640
 2  JACQUELYNE M. NGUYEN, Bar no. 249658
    1670 SANTA ANA AVE., SUITE "K"
 3  COSTA MESA, CA 92627
    Telephone: (949) 722-0055
 4  Fax: (949) 722-8416

 5  Attorney for: PLAINTIFF

 6

 7

 8              UNITED STATES DISTRICT COURT

 9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     No. CV A 12-02849

12              Plaintiff,

13       vs.                      CONSENT JUDGMENT

14  Victoria M. Brown, aka

15  Victoria Blue,

16              Defendant

17       Pursuant to the above stipulation of the parties,

18  Judgment is hereby entered in favor of Plaintiff, UNITED

19  STATES OF AMERICA, against Defendant, Victoria M. Brown, aka

20  Victoria Blue, in the principal amount of $4,896.88 plus

21  interest accrued to March 26, 2012, in the sum of $9,685.73;

22  with interest accruing thereafter at 9% annually until entry

23  of judgment, administration costs in the amount of $98.73,

24  for a total amount of $14,681.34.

25

26  DATED: 6/1/12                  By: TERRY NAFISI
                                       Clerk of the Court
27
                                       [signature]
28                                     Deputy Clerk
                                       United States District Court
```